# United States District Court
# Middle District of Pennsylvania (Scranton)
# CIVIL DOCKET FOR CASE #: 3:21−cv−02116−KM

| | |
|---|---|
| Nickisher v. MSK Management, LLC et al | Date Filed: 12/17/2021 |
| Assigned to: Chief MJ Karoline Mehalchick | Date Terminated: 12/20/2021 |
| Demand: $150,000 | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Cody Nickisher**     represented by     **Mary Elizabeth LeMieux−Fillery**
The Law Offices of Eric A. Shore
1500 JFK Blvd
Suite 1240
Philadelphia, PA 19102
(267) 546−0132
Fax: 215−944−6124
Email: maryf@ericshore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MSK Management, LLC**
*d/b/a Domino's Pizza*

**Defendant**

**Domino's Pizza**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $402, Receipt Number 5790957), filed by Cody Nickisher. (Attachments: # 1 Exhibit(s) A, # 2 Civil Cover Sheet)(ga) (Entered: 12/17/2021) |
| 12/17/2021 | 2 | Summons Issued as to Domino's Pizza, MSK Management, LLC and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e−mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (ga) (Entered: 12/17/2021) |
| 12/20/2021 | 3 | ORDER TRANSFERRING CASE – Based on the foregoing, it is ORDERED that this case be transferred to the United States District Court for the Eastern District of Pennsylvania for further proceedings. Signed by Chief MJ Karoline Mehalchick on 12/20/2021. (cw) (Entered: 12/20/2021) |